1
2
3
4
5
6
7     UNITED STATES DISTRICT COURT
8     CENTRAL DISTRICT OF CALIFORNIA
9     WESTERN DIVISION
10

| | | |
|---|---|---|
| 11 RAYMOND F. GARCIA, | ) | No. SA CV 09-00785-DMG (VBK) |
| 12              Petitioner, | ) ) | ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF |
| 13      v. | ) ) | THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE |
| 14 KATHLEEN DICKINSON, | ) ) | PETITION FOR WRIT OF *HABEAS CORPUS* |
| 15              Respondent. | ) ) | |

16

17     Pursuant to 28 U.S.C. § 636, the Court has made a *de novo* review
18 of the Petition for Writ of *Habeas Corpus* ("Petition"), Respondent's
19 Answer, Petitioner's Traverse, all of the records herein and the
20 Report and Recommendation of the United States Magistrate Judge
21 ("Report").
22 //
23 //
24 //
25 //
26 //
27 //
28 //

**IT IS ORDERED** that: (1) the Court accepts and adopts the Report and Recommendation, (2) the Court declines to issue a Certificate of Appealability ("COA");[1] and (3) Judgment be entered denying and dismissing the Petition with prejudice.

DATED: December 29, 2010

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

---

[1] Under 28 U.S.C. §2253(c)(2), a COA may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." The Supreme Court has held that, to obtain a Certificate of Appealability under §2253(c), a *habeas* petitioner must show that "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further'." Slack v. McDaniel, 529 U.S. 473, 483-84, 120 S.Ct. 1595 (2000)(internal quotation marks omitted); see also Miller-El v. Cockrell, 537 U.S. 322, 336, 123 S.Ct. 1029 (2003). After review of Petitioner's contentions herein, this Court concludes that Petitioner has not made a substantial showing of the denial of a constitutional right, as is required to support the issuance of a COA.