JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

RAYMOND F. GARCIA,                )   No. SA CV 09-00785-DMG (VBK)
                                  )
                Petitioner,       )   JUDGMENT
                                  )
        v.                        )
                                  )
KATHLEEN DICKINSON,               )
                                  )
                Respondent.       )
_____)

       Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of *Habeas Corpus* ("Petition") with prejudice,

       **IT IS ADJUDGED** that the Petition is dismissed with prejudice.


DATED: December 29, 2010                  _____
                                          DOLLY M. GEE
                                          UNITED STATES DISTRICT JUDGE